IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| BCS SOFTWARE, LLC,<br><br>    Plaintiff<br><br>v.<br><br>LANDIS+GYR TECHNOLOGIES, LLC, AND LANDIS+GYR TECHNOLOGY, INC.,<br><br>    Defendants. | CIVIL ACTION NO: 6:20-CV-00005-ADA |

**ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION FOR**
**INTRA-DISTRICT TRANSFER PURSUANT TO § 1404(A)**

This Court, having considered Landis+Gyr Technologies, LLC and Landis+Gyr Technology, Inc.'s Unopposed Motion for Intra-District Transfer Pursuant to § 1404(a) hereby orders that the motion is GRANTED.

It is hereby ORDERED that the above-captioned case be transferred from the Waco Division to the Austin Division of the Western District of Texas and remain on the docket of the Honorable Alan D Albright.

SIGNED this __26th__ day of __June__, 2020.

                                            HONORABLE ALAN D ALBRIGHT
                                            UNITED STATES DISTRICT JUDGE