IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| **BCS SOFTWARE, LLC**<br><br>**Plaintiff**<br><br>v.<br><br>**LANDIS+GYR TECHNOLOGIES LLC, and LANDIS+GYR TECHNOLOGY, INC.,**<br><br>**Defendants** | Case No. 1:20-cv-00676-ADA<br><br>**JURY TRIAL DEMANDED** |

## ORDER OF DISMISSAL WITH PREJUDICE

CAME ON THIS DAY for consideration of the Stipulated Motion for Dismissal With Prejudice of all claims and counterclaims asserted between plaintiff BCS SOFTWARE, LLC and defendants Landis+Gyr Technologies LLC and Landis+Gyr Technology, Inc. in this case, and the Court being of the opinion that said motion should be GRANTED, it is hereby

ORDERED, ADJUDGED AND DECREED that all claims asserted in this suit between plaintiff BCS SOFTWARE, LLC and defendants Landis+Gyr Technologies LLC and Landis+Gyr Technology, Inc. are hereby dismissed with prejudice, subject to the terms of the agreements between the parties.

It is further ORDERED that all attorneys' fees and costs are to be borne by the party that incurred them.

SIGNED this 31st day of August 2020.

_____
UNITED STATES DISTRICT JUDGE